UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV-23069-ALTONAGA/SIMONTON

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

JAMES OZELL HOLLOWAY JR.
(Enter the full name of the plaintiff in this action)

v.

WILY DIAZ #1469 (City of Miami pd)

JACYN GOBLE #5732 (M-DPD)

MICHAEL MENDEZ #1853 (M-DPD)

_____

(Above, enter the full name of the defendant(s) in this action)

FILED by _____ D.C.

AUG 25 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

### A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

    This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

    Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

    Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

Page 1 of 5

cat / div 1983 / Dade / 550
Case # _____
Judge _____ Mag PAW
Motn Ifp YES  Fee pd $ Ø
Receipt # _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

**I.   Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: JAMES OZELL HOLLOWAY JR.

Inmate #: 08-0101064

Address: TURNER GUILFORD KNIGHT CORRECTIONAL CENTER 7000 N.W. 41st STREET / MIAMI, FLORIDA 33166

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: WILY DIAZ #1469

is employed as police officer

at The city of miami police department

C. Additional Defendants: JACYN GOBLE #5732

police officer

MIAMI-DADE county police department

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

> MICHAEL MENDEZ #1853
> police officer
> Miami-Dade county police department

## II. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

> On 10-2-08 @ around 8pm I was driving & noticed a vehicle with its bright lights on riding my bumper dangerously close lane to lane & turn after turn. I pulled over on a county swoll & got out. That car was a Miami-Dade police car. They never initiated their over-head's. Two latino cops dress in all black was pointing their guns directly @ me. I paused maybe two seconds then ran for dear life. The police that wears all black are highly known in my area for beating black males half to death. I ran through about twenty back yards. Jumping fences as if I was jumping hurdles. Extremely exhausted I heard a woman talking to some- one. I then knocked on her back door. (Ms. Phyllis McKinney (305)636-9734 @ 2471 N.W. 59th Street) She said "who is that." I said "Madam, I'll give you all my money if you please let me in." She said "If you don't get away from my door, I'm going to call the police." I said "That's whos

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

behind me." I then realized what a stupid idea that was & simply turned & walked away. Then another cop dress in black entered her backyard pointing his gun @ me. I automaticly turned my back to him while simultaneously placing my hands behind my back in a handcuffing statue. officer wily Diaz #1469 (city of miami pd) did not cuff me. He came around &

continue on separate sheets.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be monetarily compensated by all three officers in their individual capacity as well as by their departments. In case # F08-036513; police case # PD 08 1002471954 on 6-8-11 I won a jury trial where all three police officers willingly & knowingly committed perjury on the witness stand in open court.

### IV. Jury Demand

Do you demand a jury trial? ☑ Yes ☐ No

grabbed the top of my head, pushing it more to an angle. He put me in a choke hold & tried to lift me in the air. (I'm 6ft. tall 200lbs) After he realize he couldn't, he just fell backwards. My neck in his armpits & my head hitting the ground hard. I stated "what are you doing." He increased his pressure. My hands still behind my back. We stayed in that position several minutes. I started to lose consciousness when officer Wily Diaz #1469 shouted "he's going for my gun." Before unconsciousness came I felt extremely hard kicking from both sides of my ribs. Jacyn Goble #5732 & Micheal Mendez #1853 both are Miami-Dade county police officers. I've no idea how long I was out cold. Then awoken by the slapping of my face & the dragging of my feet on the ground. Two officers had me by each (now) hand-cuffed arms. I looked up & saw a huge bedroom picture window with the T.V. light luminating a face as I was being dragged from her backyard. I was dum-founded by the awkwardness of my legs. At first, I couldn't walk. There's extreme pain all over my entire body. I've never felt any pain as to the amount of what I was feeling at that moment. I was literally crying. When we reached the rest of the officers & police cars, my white T-shirt looked as if I was attacked by wild animals. It was in complete shreds. The three officers in that backyard took all my funds ($120.00 dollars) They put in their pockets & stated "is that all." They was mad again... One officer kept asking my name, I surprised myself when I spoke, it came out incoherent. The officers hit & beat me repeatedly because they thought I was giving false names. I kept falling as they continue to beat me. I complained about my ribs being broken. Another officer came with a portable

P#H II
Continuation from page 4.                    1 of 2 additional pages                    08-0101664

finger printing device. When it couldn't produce my name, they beat me more in my ribs. I desperately tried to speak my name & my Driver license number. But my voice wasn't there. Then fire rescue came & treated me but not the cops (although I was charged with two counts of Battery on a Law Enforcement officer & resisting an officer with violence. Miami-Dade fire rescue (station #2) told the cops to take me directly to the hospital. After they left, my voice came back just a little & I uttered my fiancée's cell number including NAACP. Sgt. Nagy (M-DPD) stated "I know people that works for the NAACP". He called her on his personal cell phone & spoke for about fifteen minutes. Officer Wily Diaz was pacing rapidly then said " so do she really works for the NAACP." Sgt. Nagy said "Yes." Then officer wily Diaz said "fuck" & pulled out his own personal cell & made a call. He spoke in spanish (I couldn't understand) then he elaborated in english. That part he said "GOD forbid if there's a camera on one of these poles then we're fucked, I'm telling you man we're fucked." He re-spoke in spanish & ended his call. He then looked at me as if he wanted to kill me. He kicked the window of the police car in-which I was sitting in the back seat. After about two hours while they all collaborated their stories, I was finally taken to DCJ. The corporal there refused my intake (after he seen how bad my condition really was) they again got mad & took me to Ward-D. Then wrote something else on the A-form.

From part II
continuation of page 4.

08-010-1064