UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23069-CIV-ALTONAGA/WHITE

JAMES OZELL HOLLOWAY, JR.,

    Plaintiff,

v.

WILY DIAZ,
JACYN GOBLE,
and MICHAEL MENDEZ,

    Defendants.
_____/

**MOTION BY DEFENDANTS JACYN GOBLE AND MICHAEL MENDEZ
TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**

    Defendants Miami-Dade County Police Department Officers Michael Mendez and Jacyn Goble ("Officers Mendez and Goble") pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7.1, respectfully request that this Court enter an Order continuing the trial, currently set to begin on August 26, 2013, and all pre-trial deadlines, and as grounds state:

    1.    On June 18, 2013, Magistrate Judge White entered his Report on the Defendants' Motions for Summary Judgment, recommending that Officers Mendez' and Goble's motion for summary judgment based on qualified immunity be granted-in-part as to the force used to apprehend and handcuff Plaintiff, and denied-in-part as to the force used post-handcuffing, and that City of Miami Police Officer Wily Diaz' ("Officer Diaz") motion for partial summary judgment be denied.  *See* Report of Magistrate Judge [D.E. 116].

    2.    On June 19, 2013, the Court entered an order setting the trial date for the two-week period starting August 26, 2013, "allowing time for objections to be filed." *See* Order Setting Trial Date [D.E. 118].

    3.    Although Officers Mendez and Goble filed objections on July 5, 2013, Plaintiff did not file his objections until July 11, 2013.  Accordingly, Officers Mendez' and Goble's response to Plaintiff's objections will be due on July 29, 2013.

1

4. As of the time of filing the instant motion, no ruling has been issued on the Magistrate's Report and the parties' objections, and is not expected until sometime after Officers Mendez and Goble file their response to Plaintiff's objections.

5. Regardless of the Court's ruling, however, a continuance of trial will be necessary. If the Court adopts the Magistrate Judge's recommendation denying summary judgment for either defendant based on qualified immunity, it is likely that one or more defendants will appeal. On the other hand, if the Court rejects the Magistrate Judge's recommendation and grants qualified immunity to all defendants, there will be no trial.

6. Pursuant to Local Rule 7.1, undersigned counsel have conferred with counsel for Officer Diaz who has no objection to the relief sought herein. Plaintiff is currently incarcerated, therefore undersigned counsel is not able to confer with him.

7. This relief is not sought for improper purpose or unnecessary delay.

8. Based on the foregoing, it is in the interest of judicial economy to continue the trial and all pre-trial deadlines pending the Court's final determination of the Defendants' motions for summary judgment.

WHEREFORE, respectfully, Defendants Michael Mendez and Jacyn Goble request this Court enter an Order continuing the trial and all pre-trial deadlines pending the Court's final determination of the Defendants' motions for summary judgment and resolution of the officers' interlocutory appeals.

Respectfully submitted,

R.A. CUEVAS, JR.
MIAMI-DADE COUNTY ATTORNEY

By: ___s/ Brenda Kuhns Neuman___
Brenda Kuhns Neuman
Assistant County Attorney
Florida Bar No. 31394
Email: BJK@miamidade.gov
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375- 5611

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served using CM/ECF or by U.S. Mail on July 23, 2013, on all counsel or parties of record on the Service List below.

s/ Brenda Kuhns Neuman
Assistant County Attorney

## SERVICE LIST

CASE NO.: 11-cv-23069-cv-Altonaga/White
United States District Court, Southern District of Florida

**Plaintiff**

James Ozell Holloway, Jr.
#501302856
North Broward Bureau Facility
P.O. Box 407037
Ft. Lauderdale, FL 33340
*Served by U.S. Mail*

**Counsel for Defendant Wily Diaz**

**Christopher Allan Green**
Miami City Attorney's Office
Miami Riverside Center
444 SW 2nd Avenue
Suite 945
Miami, FL 33130-1910
305-416-1800
Fax: 416-1801
Email: CAGreen@miamigov.com

**Jon Michael Kreger**
Ronald J. Cohen, P.A.
8100 Oak Lane
Ste. 403
Miami Lakes, FL 33016
(305) 823-1212
Fax: (305) 823-7778
Email: jkreger@roncohenlaw.com

**Ronald Jay Cohen**
Ronald J. Cohen, P.A.
8100 Oak Lane
Suite 403
Miami Lakes, FL 33016
305-823-1212
Fax: 823-7778
Email: myepez@roncohenlaw.com