UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-23069-CIV-ALTONAGA

**JAMES OZELL HOLLOWAY, JR.**,

    Plaintiff,
v.

**WILY DIAZ**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court the Motion by Defendants Jacyn Goble and Michael Mendez to Continue Trial and Pre-Trial Deadlines (the "Motion") [ECF No. 128]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. An amended scheduling order, if appropriate, will be entered upon resolution of Defendants' Motions for Summary Judgment.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of July, 2013.

                                                       *[signature]*
                                           **CECILIA M. ALTONAGA**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Plaintiff, *pro se*