UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23069-CIV-ALTONAGA/White

**JAMES OZELL HOLLOWAY, JR.**,

    Plaintiff,
vs.

**WILY DIAZ**, **JACYN GOBLE**, and,
**MICHAEL MENDEZ**,

    Defendants.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came for trial before the Court and a jury, United States District Judge, Cecilia M. Altonaga, presiding, and the issues having been duly tried and the jury duly rendered its verdict, it is

**ORDERED AND ADJUDGED** that the Plaintiff, James Ozell Holloway, Jr. shall take nothing and that the action be dismissed on the merits. This case is closed, and any pending motion are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record;
       James Ozell Holloway, Jr., *pro se*