# KRESSE & ASSOCIATES, LLC

66 WEST FLAGLER STREET, 7TH FLOOR
MIAMI, FL 33130
Phone: 305-371-7692 Fax: 305-371-3525

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31682 | 7/31/2012 | 37152 |
| Job Date | Case No. | |
| 6/26/2012 | 11-23069-CIV-ALTONAGA/WHITE | |

| Case Name |
|---|
| JAMES OZELL HOLLOWAY, JR., VS WILY DIAZ |

| Payment Terms |
|---|
| DUE UPON RECEIPT |

CHRISTOPHER A. GREEN
CITY OF MIAMI ATTORNEY'S OFFICE
MIAMI RIVERSIDE CENTER, SUITE 945
444 S.W. 2ND AVE
MIAMI, FL 33130

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  JAMES HOLLOWAY, JR.                       132.00 PAGES            567.60
    DEPOSITION ATTENDANCE                                           195.00
    LITIGATION SUPPORT CD/ASCII/MINI                                 30.00
    DELIVERY CHARGE                                                   8.00

                                    TOTAL DUE  >>>              $800.60

APPROVED FOR PAYMENT
8/6 20 12
ASSISTANT CITY ATTORNEY
CITY OF MIAMI

PAST DUE ACCOUNTS ACCRUE 1% PER MONTH ALL COLLECTION COSTS AND ATTORNEY'S FEES.

Tax ID: 26-3285099

*Please detach bottom portion and return with payment.*

CHRISTOPHER A. GREEN
CITY OF MIAMI ATTORNEY'S OFFICE
MIAMI RIVERSIDE CENTER, SUITE 945
444 S.W. 2ND AVE
MIAMI, FL 33130

Job No.     : 37152              BU ID        : KRESSE
Case No.    : 11-23069-CIV-ALTONAGA/WHITE
Case Name   : JAMES OZELL HOLLOWAY, JR., VS WILY DIAZ

Invoice No. : 31682              Invoice Date : 7/31/2012
Total Due   : $ 800.60

t To: **KRESSE & ASSOCIATES, LLC**
       **66 WEST FLAGLER STREET**
       **7TH FLOOR**
       **MIAMI, FL 33130**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature: